Tielman Richard Lindsey
FULL NAME
AKA Howell
COMMITTED NAME (if different)
West Valley Detention Center
FULL ADDRESS INCLUDING NAME OF INSTITUTION
9500 Etiwanda Ave. Rancho
Cucamonga CA 91739
PRISON NUMBER (if applicable)
2107340862   ·7-13-44

```
F I L E D
CLERK, U.S. DISTRICT COURT

08/01/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ RAM _____ DEPUTY
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Tielman Richard Lindsey
AKA Howell

PLAINTIFF,

v.

Fontana Police department, et,
al, OFFICER ANDREW HACKETT,
1171, OFFICER SAMUEL SAENZ, 1276

DEFENDANT(S).

CASE NUMBER

5:22-CV-01356-JWH-SHK

*To be supplied by the Clerk*

CIVIL RIGHTS COMPLAINT
PURSUANT TO *(Check one)*
☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

### A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☑ No

2. If your answer to "1." is yes, how many? ___N/A___

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

On 7-9-2021 I Tielman Richard Lindsey was pulled over
allegedly avoiding Fontana Police department. I stoped the
vehicle at a gas station located at 10255 mission Blvd,
In the city of Jurupa Valley CA. I Tielman exited the
vehicle faced police, threw my hands in the air and
turned around so the police could detain me. I didn't
want to be shot or beaten. Immediately, I was
struck from the back. Multiple officers were punching
and Kicking me. I was also struck in the head with
a mag-light. Officer Andrew Hackett badge # 1171
Hit me a unarmed man up to 11 times from

Behind. Officer Samuel Saelz badge# 4310 kicked me and struck me in the head with a mag light. There were other officers involved in the beating. I do not have there names at this time. These officers claim i was resisting arrest. This couldn't be further from the truth. They have lied to cover up the excessive force. The video footage from the gas station, body cam from officers or the helecopter will show the truth. I was beaten to a point, i was drownding in my own blood and had to be turned on my side so i could breathe. One officer said if a vehicle wasn't in the way. He would have smashed me into the wall with his cruizer. The EMT's arived and i was trasported to Riverside Community Hospital, I suffered multiple injuries both physical and emotional. These men of power violated my Civil Rights. They used excessive force when all they had to do was peacefully detain me.

a. Parties to this previous lawsuit:
   Plaintiff _____ N/A _____

   Defendants ___ N/A _____

b. Court ___ N/A _____

c. Docket or case number ___ N/A _____

d. Name of judge to whom case was assigned ___ N/A _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it
   appealed? Is it still pending?) ___ N/A _____

f. Issues raised: ___ N/A _____

   _____

   _____

g. Approximate date of filing lawsuit: ___ N/A _____

h. Approximate date of disposition ___ N/A _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint
   occurred? ☒ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes   ☒ No

   If your answer is no, explain why not _I am unaware of any_
   _Grievance remedies avaliable to me concerning_
   _out side entities._

3. Is the grievance procedure completed? ☒ Yes   ☐ No

   If your answer is no, explain why not _Un able to grieve any entities_
   _out side of West Valley facilities._

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _Tielman Richard Lindsay 7-1344_
                                                           (print plaintiff's name)
who presently resides at _9500 Etiwanda Ave. Rancho Cucamonga Ct 91739_
                          (mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
_76 Gas station 10255 mission Blvd. Riverside CA._
                  (institution/city where violation occurred)

CV-66 (7/97)                    CIVIL RIGHTS COMPLAINT                           Page 2 of 6
                            Plantiff: _Lindsay Lindsay_
                                      7/25/22

on (**date** or dates) 7 - 9 - 2021 , 7 - 9 - 2021 , 7 - 9 - 2021 .
                          (Claim I)          (Claim II)          (Claim III)

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.   Defendant   Andrew Hackett el, al               resides or works at
            (full name of first defendant)
            Fontana Police department 17005 Upland Ave. Fontana
            (full address of first defendant)
CA, 92335   OFFicer Badge # 1171
            (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
Defendants were all law enforcement,
Police officers, using excessive force

2.   Defendant   Samuel Saenz   el, al        resides or works at
            (full name of first defendant)
            Fontana Police department 17005 Upland Ave Fontana
            (full address of first defendant)
CA, 92335   OFFicer Badge #1276
            (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
Defendants were all law enforcement
Police officers, using excessive force allowing

3.   Defendant   Fontana Police Department el, al   resides or works at
            (full name of first defendant)
            17005 Upland Ave Fontana Ca 92335
            (full address of first defendant)
            Police department
            (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
Defendants were all law enforcement
Police officers using excessive force

Plaintiff: *[signature]*
7/25/22

4.  Defendant _Unknown officers el, al_ resides or works at
    (full name of first defendant)
    _Fontana Police department 17008 upland Ave_
    (full address of first defendant)
    _Fontana CA 92335        Officers_
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:
_Defendants were all law enforcement Police officers_
_using excessive force_

5.  Defendant _N/A_ resides or works at
    (full name of first defendant)
    _N/A_
    (full address of first defendant)
    _N/A_
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:
_N/A_


_Plantiff: Juchr_

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

8th amendment

14th amendment

1st amendment

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

#1 I was being followed by police. I Tielman Lindsay pulled in to 76 gas station at 10255 mission blvd in Jurupa Valley CA. With no wepons on my person, I exited the vehicle, looked at police threw my hands in the air and turned around surrendering to police. I then was struck from behind by multiple officers. Officer Andrew Hackett badge # 1171 hit me up to 11 times from the back. I was hospitalized due to my injuries. #1 Andrew Hackett violated my 8th smendment right by inflicting cruel and unusual Punishment. #2 he broke the 14th by depriving me of life and liberty without due process of law. these officers claim it was resisting arrest but they charged me with this to cover up their excessive force. These officers took

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline. the law into their own hands.

#2  I                                              into
the 76 gas station at 10255 Mission Blvd in Jurupa
Valley Ca. with no weapons on my person, I exited
the vehicle, faced police, threw my hands in the air
and turned around to be detained. I was then
struck from behind by officers. Officer Samuel
Saenz badge #1276 kicked me from behind. He held
a gun to my head with one hand and struck me
in the head with a mag-light with the other hand.
Other officers beating me and holding me down.
I don't have their names at this time. These
officers claim I was resisting arrest, but this
is not true. This charge is only to cover up
their excessive force. The video footage from
the store and officers body cam will tell
the truth and support my claim.

       Officer Samuel Saenz broke my 8th
amendment right by using excessive force. This
is cruel and unusual punishment. He also broke
the 14th amendment by depriving me of life
and liberty without due process of the law.

            Plaintiff: _____

            7-25-22

     The Fontana Police broke my civil
rights #1 amendment by not letting me
Petition the government for a redress of
grievances. They allowed these to get away
with aggressively assaulting a man surrendering
to them with no weapons on my person.
And the 14th amendment by depriving me of
life and liberty without due process of the
law.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

I Tielman Lindsay Suffered Physical and emotional abuse at the hand of officers from Fontana Police Department. These officers are entrusted to uphold the law and not abuse it. I suffer from PTSD and will never be the Same. I ask that the court look at all the video footage and that Justice would prevail. I am asking that the resisting arrest charge be dismissed, and for five Million $5,000,000.00 in financial compensation. I also ask that these officers are disciplined for their actions and would never be allowed to do this again.

7/25/22
*(Date)*

_____
*(Signature of Plaintiff)*

*Indigent*

## Trust Account Summary

San Bernardino County Sheriff
Jail Information Management System

**2107340862**
**LINDSAY, TIELMAN RICHARD**
**WMA-M**
**IN CUSTODY**

07/17/2022 18:56

*78.44*

| Total Deposits: | **+1818.79** | Total Withdrawls: | **-1818.46** | Balance: | **$0.33** | Facility Adjust: | **$0.00** |
|---|---|---|---|---|---|---|---|
| Medical Co-Pay: | **$0.00** | Welfare Bag: | **$0.00** | Copy: | **$0.00** | ID Card: | **$0.00** |

| Date | Time | Amount | Type | Tran | Reference | Fiscal Officer | Facility |
|---|---|---|---|---|---|---|---|
| 07/10/21 | 02:50 | $0.00 | D | INTA | 07340862 | S FLEMING | 34 |
| 07/10/21 | 12:09 | $3.95 | W | WELF | DB | R MAGDALENO | 34 |
| 07/30/21 | 08:45 | $200.00 | D | WEBM | 11EA1A54 | | 34 |
| 07/31/21 | 16:23 | $149.57 | W | COMM | 29CB0722 | | 34 |
| 08/03/21 | 10:35 | $20.03 | D | CRCO | 17E96422 | | 34 |
| 08/09/21 | 10:23 | $66.26 | W | COMM | 29CB1E7E | | 34 |
| 08/11/21 | 11:48 | $3.08 | D | CRCO | 17E97B7E | | 34 |
| 08/17/21 | 19:33 | $3.27 | W | COMM | 29CB32A7 | | 34 |
| 08/25/21 | 10:16 | $100.00 | D | WEBM | 11EA3CD1 | | 34 |
| 08/30/21 | 16:28 | $10.00 | W | PHOT | 20D7DAE8 | | 34 |
| 08/30/21 | 20:44 | $90.02 | W | COMM | 29CB5317 | | 34 |
| 09/01/21 | 09:32 | $50.00 | D | WEBM | 11EA4532 | | 34 |
| 09/01/21 | 13:56 | $10.00 | W | PHOT | 20D7DF9D | | 34 |
| 09/07/21 | 13:39 | $39.71 | W | COMM | 29CB64C2 | | 34 |
| 09/08/21 | 07:31 | $2.58 | D | CRCO | 17E9C1C2 | | 34 |
| 09/14/21 | 08:58 | $195.05 | D | WEBM | 11EA5527 | | 34 |
| 09/14/21 | 20:20 | $148.48 | W | COMM | 29CB7491 | | 34 |
| 09/15/21 | 09:08 | $195.05 | D | WEBM | 11EA5651 | | 34 |
| 09/15/21 | 09:23 | $16.32 | D | CRCO | 17E9D191 | | 34 |
| 09/16/21 | 12:57 | $10.00 | W | PHOT | 20D80525 | | 34 |
| 09/18/21 | 17:43 | $10.00 | W | PHOT | 20D80B36 | | 34 |
| 09/20/21 | 19:46 | $149.92 | W | COMM | 29CB7F6A | | 34 |
| 09/22/21 | 08:46 | $13.62 | D | CRCO | 17E9DC6A | | 34 |
| 09/22/21 | 17:54 | $10.00 | W | PHOT | 20D814F6 | | 34 |
| 09/25/21 | 13:09 | $10.00 | W | PHOT | 20D81B57 | | 34 |
| 09/26/21 | 15:59 | $10.00 | W | PHOT | 20D81ECC | | 34 |
| 09/27/21 | 18:40 | $10.00 | W | PHOT | 20D8219D | | 34 |
| 09/28/21 | 20:36 | $64.20 | W | COMM | 29CB9724 | | 34 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/14/21 | 10:45 | $96.05 | D | WEBM | 11EA78F1 | |
| 10/14/21 | 11:21 | $10.00 | W | PHOT | 20D842AF | |
| 10/18/21 | 14:36 | $10.00 | W | PHOT | 20D84869 | |
| 10/19/21 | 12:52 | $76.08 | W | COMM | 29CBC698 | |
| 10/26/21 | 20:56 | $4.31 | W | WELF | 29CBDB9F | 34 |
| 12/14/21 | 11:11 | $4.31 | W | WELF | 29CC4E9B | 34 |
| 12/21/21 | 13:32 | $86.05 | D | WEBM | 11EACCBE | 34 |
| 12/21/21 | 17:39 | $66.48 | W | COMM | 29CC60BE | 34 |
| 12/21/21 | 18:00 | $10.00 | W | PHOT | 20D8A576 | 34 |
| 12/29/21 | 15:07 | $31.05 | D | WEBM | 11EAD609 | 34 |
| 01/04/22 | 18:31 | $31.94 | W | COMM | 29CC80B6 | 34 |
| 01/16/22 | 15:58 | $70.00 | D | WEBM | 11EAEAEC | 34 |
| 01/18/22 | 21:09 | $69.91 | W | COMM | 29CCA343 | 34 |
| 02/01/22 | 21:04 | $25.00 | D | WEBM | 11EAFD3B | 34 |
| 02/01/22 | 21:24 | $25.34 | W | COMM | 29CCC485 | 34 |
| 02/08/22 | 19:30 | $50.00 | D | WEBM | 11EB0649 | 34 |
| 02/08/22 | 20:55 | $100.00 | D | WEBM | 11EB0665 | 34 |
| 02/08/22 | 21:14 | $105.41 | W | COMM | 29CCD575 | 34 |
| 02/10/22 | 15:29 | $30.00 | D | WEBM | 11EB07F1 | 34 |
| 02/15/22 | 20:04 | $74.42 | W | COMM | 29CCE718 | 34 |
| 02/21/22 | 14:13 | $5.59 | D | CRCO | 17EB52B5 | 34 |
| 02/22/22 | 20:50 | $100.00 | D | WEBM | 11EB1773 | 34 |
| 02/22/22 | 21:20 | $94.89 | W | COMM | 29CCF8DB | 34 |
| 02/22/22 | 21:21 | $10.00 | W | PHOT | 20D8FE8D | 34 |
| 02/28/22 | 14:32 | $14.02 | D | CRCO | 17EB6588 | 34 |
| 03/01/22 | 19:37 | $14.96 | W | COMM | 29CD0D4A | 34 |
| 03/02/22 | 10:30 | $0.57 | D | CRCO | 17EB6A4A | 34 |
| 03/07/22 | 10:27 | $5.67 | D | CRCO | 17EB7AEF | 34 |
| 03/08/22 | 19:26 | $60.00 | D | WEBM | 11EB2958 | 34 |
| 03/08/22 | 19:53 | $66.24 | W | COMM | 29CD216F | 34 |
| 03/14/22 | 12:20 | $3.99 | D | CRCO | 17EB8F49 | 34 |
| 03/15/22 | 19:01 | $50.00 | D | WEBM | 11EB312F | 34 |
| 03/15/22 | 19:17 | $53.89 | W | COMM | 29CD369B | 34 |
| 03/16/22 | 10:37 | $13.14 | D | CRCO | 17EB939B | 34 |
| 03/21/22 | 11:47 | $5.56 | D | CRCO | 17EBA406 | 34 |
| 03/22/22 | 20:11 | $18.60 | W | COMM | 29CD4A2B | 34 |
| 03/23/22 | 10:52 | $3.99 | D | CRCO | 17EBA72B | 34 |
| 03/29/22 | 21:12 | $3.99 | W | COMM | 29CD5D15 | 34 |

| 03/30/22 | 10:59 | $3.99 | D | CRCO | 17EBBA15 | 34 |
| 04/05/22 | 19:57 | $25.00 | D | WEBM | 11EB4AF6 | 34 |
| 04/05/22 | 20:23 | $29.10 | W | COMM | 29CD6CEE | 34 |
| 04/07/22 | 14:19 | $2.09 | D | CRCO | 17EBC9EE | 34 |
| 04/19/22 | 20:12 | $45.00 | D | WEBM | 11EB5B32 | 34 |
| 04/19/22 | 20:22 | $47.20 | W | COMM | 29CD987C | 34 |
| 04/20/22 | 10:13 | $2.80 | D | CRCO | 17EBF57C | 34 |
| 04/25/22 | 13:38 | $2.99 | D | CRCO | 17EC064D | 34 |
| 04/26/22 | 19:44 | $5.83 | W | COMM | 29CDAC23 | 34 |
| 05/30/22 | 14:37 | $36.05 | D | WEBM | 11EB89F0 | 34 |
| 05/30/22 | 14:57 | $75.00 | D | WEBM | 11EB89F6 | 34 |
| 05/30/22 | 16:58 | $109.77 | W | COMM | 29CE0995 | 34 |
| 06/03/22 | 10:27 | $1.86 | D | CRCO | 17EC6695 | 34 |
| 06/06/22 | 12:53 | $6.41 | D | CRCO | 17EC76E1 | 34 |
| 06/07/22 | 17:21 | $9.48 | W | COMM | 29CE1E02 | 34 |
| 06/08/22 | 16:03 | $1.75 | D | CRCO | 17EC7B02 | 34 |
| 06/14/22 | 18:59 | $1.64 | W | WELF | 29CE30E7 | 34 |
| 06/16/22 | 11:05 | $1.64 | D | CRCO | 17EC8DE7 | 34 |
| 06/21/22 | 19:34 | $1.75 | W | WELF | 29CE43A3 | 34 |
| 06/28/22 | 18:58 | $26.05 | D | WEBM | 11EBAAE7 | 34 |
| 06/28/22 | 19:38 | $26.03 | W | COMM | 29CE5519 | 34 |
| 07/05/22 | 21:24 | $25.00 | D | WEBM | 11EBB372 | 34 |
| 07/05/22 | 21:31 | $25.07 | W | COMM | 29CE6483 | 34 |
| 07/12/22 | 20:39 | $16.75 | D | WEBM | 11EBBB25 | 34 |
| 07/12/22 | 20:42 | $16.44 | W | COMM | 29CE780C | 34 |





CLERK, U.S. DISTRICT COURT
RECEIVED
AUG   1 2022
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

Tielman Lindsay 2107340862 7-13-44
9500 Etiwanda Ave, Rncho
Cucamonga CA 91739

U.S. District Court Riverside
3470 12th street Riverside
CA, 92501